Clerk of Court

FILED

SEP 11 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

United States District Court For The Western
District of Texas San Antonio Division

Dear Clerk,

As I am an inmate incarcerated in T.D.C.J. I.D.
I have No Access To Copy Machines.

With This fact firmly established, I would beg
you To PLEASE make for myself 1 copy of

" Sworn Affidavit of Jamiean Crosby TDC # 2174610 Ex.4

*PLEASE, As you Consider my Request Keep in mind
My Situation and Probable need for Copy of Such
Important Affidavit. *

Thank you For you Kind Consideration.

SA23CA1162XR

Duane E. Perry

Duane Perry #600504
Connally unit
899 FM. 632
Kenedy, Tx. 78119

Tabel of Contents

2 copies of Tabel of Contents

1 copy of application To Proceed in forma Pauperis

2 copies of 1983 Civil Complaint forms

1 copy returned STEP 1 grievance (returned as issue ungrievable) _Ex. 1_

1 copy of returned med. sick call (psychical)    _Ex. 2_

1 copy of returned mental Health sick call    _Ex. 3_

1 inmate Trust fund printout,

   ✳ Please note, inmates have no access to copy machines ✳
   or such services at The Connally unit where petitioner resides.

2 copies of "statement of facts (complaint)

2 copies of Motion To Appoint Counsel

1 copy Sworn Affidavit of Jamean Crosby, TDC.# 2174610  _Ex. 4_

Tabel of Contents

2 copies of Tabel of Contents

1 copy of application To proceed In forma pauperis

2 copies of 1983 Civil Complaint forms

1 copy returned STEP 1 grievance (returned as issue ungrievable) EX. 1

1 copy Returned Med. Sick Call (psychical) EX. 2

1 copy Returned mental Health Sick Call EX. 3

2 copies of "Statement of facts" (Complaint)

1 copy inmate Trust fund Print out.

  * Please note inmates have no access To copy machines *
  or such Services at The Connally unit where Petitioner resides.

2 copies of Motion To Appoint Counsel

1 copy Sworn Affidavit of Jamieon Crosby TDC.# 2174610

PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

## IN THE UNITED STATES DISTRICT COURT
### FOR THE _Western_ DISTRICT OF TEXAS
### _San Antonio_ DIVISION

_Duane E. Perry 600504_
Plaintiff's Name and ID Number

_Cannally Unit T.D.C.J. I.D._
Place of Confinement
_899 Fm. 632_
_Kenedy, Tx. 78119_
v.

**SA23CA1162XR**

CASE NO._____
(Clerk will assign the number)

_M. Ochala   Cannally unit_
Defendant's Name and Address
_899 FM 632_
_Kenedy Tx. 78119_
~~Defendant's Name and Address~~

_____
~~Defendant's Name and Address~~
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __X__YES ___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __2021__

        2. Parties to previous lawsuit:

           Plaintiff(s) __Duane Perry__

           Defendant(s) __Gregg Abbott Steven McGraw__

        3. Court: (If federal, name the district; if state, name the county.) __western District of Texas__

        4. Cause number: __1: 21-CV-266-RP__

        5. Name of judge to whom case was assigned: __Mark Lane__

        6. Disposition: (Was the case dismissed, appealed, still pending?) __Dismissed__

        7. Approximate date of disposition: __4-16-21__

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: _Connally Unit T.D.C.J. I.P._

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Duane Perry_
   _Connally unit   899 fm. 632 Kenedy, Tx. 78119_

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: _M. Ochala ; only address available to Petitioner is_
_Connally unit 899 fm 632 Kenedy, Tx. 78119_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On 6-18-2023 Sgt. M. Ochala assulted me while I was restrained behind my back. Ochala visciously attacked me, He sadistically and maliciously used force to cause me harm, pain and Terror. Ochala deliberatly failed to have video recording of incident, violating T.D.C.J. Palicy. This vicious ~~atte~~ Attack was pre meditated This was not a good faith effort to restore order. I was restrained behind my back at the time of this assult. Please see attached statement of facts (complaint)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatary Damages, Punative damages, Restraing order, Court Fees, attorney's fees

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Duane E. Percy

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDC. 600504          Florida Dec. 499493

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✕ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____

2. Case number: _____

3. Approximate date sanctions were imposed: _____

4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed?    X YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): *Western District*

2. Case number: *1:21-CV-266-RP*

3. Approximate date warning was issued: *4-16-21*

Executed on: *8-28-2023*
          DATE

_Duane E Perry_
_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _28_ day of _8_ , 20 _23_ .
         (Day)         (month)       (year)

_Duane E Perry_
_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

# Texas Department of Criminal Justice

## * EX-1 *
## STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance #: _2003016101_

Date Received: _07-05-23_

Date Due: _08-14-23_

Grievance Code: _002_

Investigator ID #: _50444_

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Duane Perry**      TDCJ # **600504**

Unit: **Connally**      Housing Assignment: **12 A A 1**

Unit where incident occurred: **Connally**      **8V-01B**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? **CPT. Cuero / Sub. Couns. Harriss**      When? **6-27-23**

What was their response? **File a grievance**

What action was taken? **None**

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

This grievance is against Sgt. Ochaba for Assulting me and Exessive use of force. Hate Crime. While being escorted From 4 Bld. To 12 Bld; on 6-18-23 Sgt. Ochaba visciously attacked me For no Reason. He Lied and claimed That I attempted To Pull Away From Him while Restrained Behind my Back, which He Lied about on official state documents and on Recording at Disp. Hearing. This is a Black on white Hate Crime. Sgt. Ochaba slammed me Face First Into The Fence, Punched me in my Right Temple Then slammed me Face First onto The Concrete sidewalk (4 Bld. Hallway) This Brutal attack has Left me Traumatized and in Constant Fear For my Life while Being Forced To Remain in The Custody and Care of The Connally Unit where this occured and Sgt. Ochaba Remains. ~~————————~~ I am Taking Every step possible To File Assult Charges against Sgt. Ochaba (with The District attorneys office) I am also Contacting The A C L U and The Justice Department. I wish To File Formal Assult Charges and Prove This is a Hate Crime and a "Coverup Conspiricy" Here on The Connally unit At Administrative Levels.

JUL 06 2023

---

**I-127 Front** (Revised 11-2010)      **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**      (OVER)



Appendix F

**Action Requested to resolve your Complaint.** Keep Seperate From

Sgt. Ochaka. Reverse, Dismiss and Expunge Disp. case

**Offender Signature:** _____    **Date:** 6-28-23

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**      ***Resubmit this form when the corrections are made.**

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☒ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance #_____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

**UGI Printed Name/Signature** _Shawn Garcia_

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:**_____

I-127 Back (Revised 11-2010)

**OFFICE USE ONLY**

Initial Submission        UGI Initials: ____

Grievance #: 2023126601

Screening Criteria Used: #08, #899

Date Recd from Offender: JUL 0 6 2023

Date Returned to Offender: JUL 0 6 2023

**2nd Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

**3rd Submission**        UGI Initials:_____

Grievance #: _____

Screening Criteria Used: _____

Date Recd from Offender: _____

Date Returned to Offender: _____

Appendix F

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I have multiple abrasions, Bruises Nerve and Joint damage which I Received as a Result of A Staff Assult which occured on 6-18-23. I was only afforded a minimal visual Exam on 6-18-23 At Aprx 10:30 PM. P.H.P. Psychial I am in pain and fear of infection, Need To See Provider A.S.A. P. Please Help.

Name: Duane Perry    No: 600504    Unit: Connally

Living Quarters: 12 A A 1    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

☒ APPT SCHEDULED
☐ WRITTEN RESPONSE
☐ MED RE-NEWAL

6/28/2

JUN 2 8 2023

☆I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUST... **INSTITUTIONAL DIVISION**

# INMATE REQUEST ~~...~~ *SICK CALL* [EX2]

*SICK - CALL*

**REASON FOR REQUEST:** (Please check one)

## PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☑ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Medical Sick Call
(Name and title of official)

DATE: 6-20-23

ADDRESS: Connally

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I Am Having Mental Distress and Anxiety due to An Attack upon Myself by A Officer. I Need to See A Provider Not A Nurse, I have A psych. History and Need To be back on my meds, Please Help me.

Name: Duone Perry    No: 600504    Unit: Connelly

Living Quarters: 12 A B 20    Work Assignment: Med Sq.

**DISPOSITION:** (Inmate will not write in this space)

J. Cline, MA, LPC
Mental Health Clinician

☑ APPT SCHEDULED
☐ WRITTEN RESPONSE
☐ MED RE-NEWAL

AUG 1 5 2023

☆I-60 (Rev. 11-90)

2nd

Ex 3

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one) — _SICK CALL_ —

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: Psych. Mental Health Sick Call                DATE: 8-14-23
_(Name and title of official)_

ADDRESS: Conally

1)

# Statement of facts (claim)

On 6-18-2023 at Aprx. 10:30 PM on The Connally Unit of T.D.C.J.I.D. at 4 Bld. E Pod, 1 Sect. Dayroom Petitioner was Hand Cuffed, (restrained behind my back) by Sgt. M. Ochala, For Supposedly Creating a disturbance in The dayroom; resulting in a "Major Use of Force" requiring The application of restraints.

T. D. C. J. I. D. Policy requires The Video recording of Major use of force requiring The application of restraints.

There was no "I.C.S." called and no video recording of Supposed incident; most importantly There was no Video recording of The Escort process [initally]

PETITIONER Beleives That This was <u>intentionah</u>.

Sgt. Ochala Began escorting Petitioner from 4 Bld. with no video recording [By himself.]

Petitioner was Brutally attacked by Sgt. M. Ochala. Petitioner is Firmly Convinced That This attack was a Pre meditated, willful, deliberate act of "Civil assult and Battery" against Himself. [Justifying an Intentional Tort Claim.]

Sgt. Ochalas Brutal attack held one Purpose; The Wanton infliction of unnecessary Pain and Terror upon This Petitioner.

Sgt. Ochala used Force maliciously and Sadistically To cause Harm (Terror and Pain) Rather than in good faith Effort To maintain or restore disipline.

✱ Petitioner was already restrained Properly Behind his back, aT The Time of This willful attack. ✱

This was a vicious Hatefull attack of "Civil assult and Battery".

2) This is NOT merely an assumption; rather a fact, due to specific language used by Sgt. Ochala during this attack. Ochala repeatedly refed to this petitioner as a "white Mother F____R". Please note that Sgt. Ochala is a Black man and Petitioner is a white man.

This Act of Civil Assult and Battery which was Committed under the Color and authority of the State of Texas was a malicious and sadistically wanton infliction of Harm, (Pain and Terror) against this Petitioner, violating his Constitutionally protected right to be free from cruel and unusual punishment. 8th Amendment U.S.C.

Due to this viscious unwarranted attack, Petitioner continues to suffer Psychially, Emotionally from this Terroristic attack by Sgt. Ochala upon this Petitioner.

There is No video footage until After the viscious attack by Sgt. Ochala against Petitioner; until after Petitioner began screaming and crying out for help, due to the Life Threatening Beating he was receiving from Ochala.

Sgt. Ochala slung me face first into a steel Chain Link Fence. Then Punched me in my right Tempel, Then slung me face first onto A Concrete Side walk; (all while I was restrained behind my back.)

Once face first on the Concrete Side walk, Sgt. Ochala was Joined by a Second Black officer.

I was Beaten with fist, Knees and Elbows during this assult; also these two "Men" forcefull pulled my arms in opposite directions causing me unbearable Pain and anguish due to the restraint Cutting into my wrist damaging nervers in Both Left and right hands, Leaving Permanent loss of feeling in the Tops of Both Hands.

3) This attacks occurred in a blind spot of

several other officers and video camera.

Video recording from This point forward should be available To The Courts and will Validate My Claims of Terror, Pain and Emotional distress, as I am actually Crying and Begging for This group of officers not To Leave me alone with Sgt. ochala.

* and He was not Left alone with me. *

I was and Remain in Fear For my Life From ochala.

Petitioner Contends That M. ochala acted with a Sufficiently culpable State of mind, as <u>he deliberately</u> Violated T.D.C.J. Policy and Procedures. Sgt. ochalas actions against Petitioner were Such as would be Considered repugnant To The Conscience of mankind.

Blows To Petitioners <u>Tempel</u> were not <u>de minimis</u>.

Before Closing Petitioner would like To add <u>1 Sworn Affidavit</u> from inmate Jamiean Crosby #2174610.

Petitioner believes That although This Sworn Affidavit does not directly speak of The Complained of 8th amendment, Cruel and unusual Punishment violation; It does However Attest To The Direct involvement of Defendant M. ochal; <u>Hiring inmates</u> To Cause This Petitioner Serious bodily injury or Death; <u>After</u> Complained of Civil Rights Violation of Cruel and unusual Punishment, "Civil assault and Battery".

This Sworn affidavit does Prove Defendant ochalas <u>Continued</u> attempts To Cause Harm or Death To This Petitioner.

as evident From Date of Affidavit and Testimony Therein; These malicious, Sadistic, wanton Cruelty and Evil intentions were displayed <u>after</u> The original violation of Petitioners Constitutional Right To be free From Cruel and unusual Punishment.

This Petitioner believes That This Affidavit speaks Volumes as To Defendant M. <u>ochalas intentions</u> Concerning This Petitioner, who Can only be Viewed As A victim of Cruel and unusual Punishment, Civil assault and Battery and Continued acts of retaliation and Terrorisim.

4) This Petitioner is in immediate need of protection from this viscious, sadistic, Evil Person, M. Ochala (Defendant)

In Light of Facts presented, Petitioner would pray the Court to recognize the cause of [Intentional Tort Claim]

Petitioner would Request Relief As follows:

1) Permanet Restraining order against M. Ochala, in Regards to Petitioner.

2) re-imburse any and all Court Cost, Fees, Attorneys fees, Ect...

3) 10,000°° Dollars for Psychical pain, suffering and permanat Damage

4) 10,000°° Dollars for psychological distress, Terror, depression and anxiety

5) Also, whatever civil remedies may be available, As Petitioner is not well enough Educated to Know What remedies may be available, Thus in the intrest of Justice Let this be done.

6) make sure that M. Ochala never has the oportunity to use this kind of Terroristic, malicious, Tactic against any other incarcerated american citizen.

At this time Petitioner would pray that this Honorable Court would forgive this Petitioners Handwriting and spelling and act in the True intrest of Justice and find in favor of this Ley man Petitioner.

Duane Perry # 605504
Connally Unit
899 fm 632
Kenedy, Tx. 78119

Duane Perry

1)

# STATEMENT of FACTS (Claim)

On 6-18-2023 at aprx. 10:30 PM on The Connally unit of T.D.C.J.I.D. at 4 Bld. E Pod, 1 section Dayroom, Petitioner was Handcuffed, (Restrained Behind his Back) by Sgt. M. Ochala, for supposedly Creating a disturbance in The dayroom; resulting in a "major use of force" requiring The application of restraints. T.D.C.J.I.D. Policy requires The video recording of Major use of force, requiring The application of Restraints. There was no I.C.S. Called and no video recording of Supposed incident; most importantly, There was no video recording of The Escort Process [initially]

Petitioner Beleives That This was intentional.

Sgt. Ochala Began Escorting Petitioner From 4 Bld. with no video Recording [By Himself.]

Petitioner was Brutally attacked by Sgt. M. Ochala. Petitioner is Firmly Convinced That This Attack was a Pre meditated, willful, deliberate act of "Civil assult and Battery" against himself. [Justifying an Intentional Tort claim]

Sgt. Ochalas Brutal attack held one Purpose:
The wanton infliction of unnecessary Pain and terror upon This Petitioner.

Sgt. Ochala used Force Maliciously and Sadistically To Cause Harm (Terror and Pain) Rather Than in good Faith Effort To maintain or restore Disipline.

* Petitioner was already restrained Properly behind his back at The Time of This willful attack. *

. This was a Viscious, willful attack of "Civil assult and Battery."

2) This is not merely an opinion p claim, rather a fact due to specific language used by Sgt. Ochala during This Attack. Ochala repeatedly refered to This Petitioner as a "White mother F____R". Please note That Sgt. M. Ochala is a Black man and Petitioner is a white man.

This Act of Civil Assult and Battery which was committed under The Color and authority of The State of Texas was a malicious and sadistically wanton infliction of Harm (Pain and Terror) against This Petitioner, violating his Constitutionally protected right To be Free From Cruel and unusual Punishments. 8th amendment U.S.C

Due To This vicious, unwarranted attack, Petitioner Continues To Suffer Psychially, Emotionally From This Terroristic attack By Sgt. Ochala upon This Petitioner.

There is No Video Footage until After The Visicous attack By Sgt. Ochala against Petitioner, until after Petitioner Began Screaming and Crying out for help, due To The Life Threatening Beating he was Receiving From Ochala,

Sgt. Ochala Slung me Face First into a Steel Chain Link Fence Then Punched Me in my Right Tempel, Then Slung me Face First onto a Concrete Sidewalk, (all while I was Restrained Behind my Back.) once Face First on The Concrete Side walk Sgt. Ochala was Joined by an Second Black officer. I was Beaten with Fist, Knees and Elbows during This assult; also These Two "Men" Forcefully pulled my arms in opposite directions Causing me unbearable Pain and anguish due To Restraints Cutting into my wrist damaging nerves in Both, Left and Right hands. Leaving Permenant Loss of Feeling in The Tops of Both Hands,

3) This a several other officers and video camera.

Video recording from this point forward should be available to the courts and will validate my claims of, terror, pain and emotional distress, as I am actually crying and begging for this group of officers not to leave me alone with Sgt. M. Ochala.
* and he was not left alone with me. *
I was, and remain in fear for my life from Ochala.

Petitioner contends that M. Ochala acted with a sufficiently culpable state of mind, as he deliberately violated T.D.C.J. Policy and Procedure. Sgt. Ochalas actions against Petitioner were such as would be considered repugnant to the conscience of mankind.

Blows to Petitioners Temple were not de minimis.
* Before closing, Petitioner would like to add 1 sworn *
Affidavit from inmate Jamlean Crosby, T.D.C.# 2174610.

Petitioner beleives that although this sworn affidavit does not directly speak of the complained of 8th amendment, cruel and unusual punishment violation; it does however attest to the direct involvement of Defendant M. Ochala; Hiring inmates after complained of Civil Rights violation of cruel and unusual punishment "Civil assault and Battery," to cause this Petitioner serious bodily injury or death.

This sworn Affidavit does prove Defendant Ochalas 'Continued' attempts to cause harm or death to this Petitioner.

As evident from date of Affidavit and Testimony therein; These malicious, Sadistic, wanton cruelty and Evil intentions were displayed after the original violation of Petitioners Constitutional Right to be free from Cruel and unusual punishment.

This Petitioner beleives that this Affidavit speaks volumes as to Defendant M. Ochalas intentions concerning this Petitioner who can only be viewed as a victim of Cruel and unusual Punishment, Civil assault and Battery and continued acts of retaliation and Terrorisim.
* This Petitioner is in immediate need of protection from *
This vicious, Sadistic, evil person, Defendant M. Ochala.

4) In light of all The Presented Petitioner Pray The Court to recognize The Cause of Intentional Tort Claim.

Petitioner would request releif As follows:

1) Permanent Restraing order against M. ochala, in regards To Petitioner.

2) Re imburse any and all Court Cost, fees, Attorney fees Ect...

3) 10,000.00 Dollars for Psychial Pain and Suffering and Permanent Damage.

4) 10,000.00 Dollars for Psychological distress, Terror, depression, and Anxiety.

5) Also, whatever Civil remedies may be available, As Petitioner is not well enough Educated to Know what remedies may actually be available, Thus in The intrest of Justice Let This Be Done.

6) make Sure That M. ochala Never has The opportunity To use This Kind of Malicious Terroristic Tactic Against any other incarcerated American Citizen.

At This Time Petitioner would Pray That This Honorable Court would forgive This Petitioners Handwriting and Spelling and act in The True intrest of Justice and find in favor of This Ley man Petitioner.

Duane Perry

Duane Perry # 600504
Connally unit
899 fm 632
Kenedy, Tx 78119



## Texas Department of Criminal Justice

# STEP 2

*Ex 4*

## INMATE
## GRIEVANCE FORM

Inmate Name: Crosby, Jamieon    TDCJ # 2174610

Unit: CY    Housing Assignment: 12A 21cell

Unit where incident occurred: CY

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td></td></tr>
<tr><td>Date Due:</td><td></td></tr>
<tr><td>Grievance Code:</td><td></td></tr>
<tr><td>Investigator ID #:</td><td></td></tr>
<tr><td>Extension Date:</td><td></td></tr>
<tr><td>Date Retd to Inmate:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted.*
*You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be specific).**    *I am dissatisfied with the response at Step 1 because...*

Sgt. Ochava Tried to get me to beat Perry down (cause serious Bodily Harm to Him) by stabbing with a weapon that inmate Johnson have. Johnson does have a case For Stabbing me with this same weapon that Mr. Sgt Ochava didn't recover after I told him Johnson has the weapon on his hip at the time. Mr. Sgt Ochava let him get rid of it cause he had something to do with the situation. Sgt. Ochava told me Perry was causing him alot of trouble. They moved Perry G-4 to K-Pod 1 section. Ochava told me he was going to pay me enough K-2 to bust down with me and my Bloods on the section. I didn't Hurt Perry like I told Sgt. Ochava. I lied and told him I did to get the drugs. So Mr. Sgt Ochava Paid Johnson a Blood with a life sentence to stab and kill me. K-2, Ice and a Cell Phone. Mr. Johnson is Now G-5 on L-Pod with all of these things the K-2 is legal mail in a Yellow Folder. Because I didn't Stab Perry #600504 and get him off the Unit. Me and Johnson or both Speaker of Blood on the Connally Unit & I'm Now Forced to O.P.I

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM        (OVER)**

I-128 Front (Revised 8/2022)

and leave Connally as of Now. I write this Grievance to warn you of "Inmate Perry danger" to the Bloods of Connally Unit and Sgt. Ochalla. I know if Perry #600504 is put back out there on Connally Unit he will be Hurt bad or killed. I Crosby #2174610 is a witness to all of this and was stabbed and almost killed if I wasnt saved on K-Pod 1 Section on the day of me. Inmate Johnson attack on me.

**Inmate Signature:** Jamien Crosby                              **Date:** 8-14-23

**Grievance Response:**

**Signature Authority:** _____    **Date:** _____

**Returned because:**    *Resubmit this form when corrections are made.*

- [ ] 1. **Grievable time period has expired.**
- [ ] 2. **Illegible/Incomprehensible. ***
- [ ] 3. **Originals not submitted. ***
- [ ] 4. **Inappropriate/Excessive attachments. ***
- [ ] 5. **Malicious use of vulgar, indecent, or physically threatening language. ***
- [ ] 6. **Inappropriate. ***

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened | ____Improperly Submitted |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |
| **2ⁿᵈ Submission** | **CGO Initials:** _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened | ____Improperly Submitted |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |
| **3ʳᵈ Submission** | **CGO Initials:**_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened | ____Improperly Submitted |
| Comments:_____ | |
| Date Returned to Inmate:_____ | |

**I-128 Back** (Revised 8/2022)