UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **DUANE E. PERRY, TDCJ #00600504,** § | |
| § | |
| **Plaintiff,** § | |
| § | SA-23-CV-01162-XR |
| v. § | |
| § | |
| **MARTINS OCHALA,** § | |
| § | |
| **Defendant.** § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of this Court's Order of Dismissal granting Defendant Martins Ochala's Motion to Dismiss for Lack of Prosecution and Failure to Comply with Court Orders and dismissing Plaintiff Duane E. Perry's 42 U.S.C. § 1983 excessive force claim and this Court's prior Order of Partial Dismissal granting Defendant Martins Ochala's Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) and dismissing Plaintiff Duane E. Perry's state–law claim of assault and battery, the Court renders the following Final Judgment pursuant to Fed. R. Civ. P. 58.

**IT IS HEREBY ORDERED** that Defendant Martins Ochala's Motion to Dismiss for Lack of Prosecution and Failure to Comply with Court Orders is **GRANTED**. *See* Fed. R. Civ. P. 41(b), 16(f)(1)(C).

**IT IS FURTHER ORDERED** that Plaintiff Duane E. Perry's 42 U.S.C. § 1983 claim of excessive force is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and failure to comply with numerous Court Orders *See* Fed. R. Civ. P. 41(b), 16(f)(1)(C).

**IT IS FURTHER ORDERED** that Defendant Martins Ochala's Partial Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1) is **GRANTED**. *See* Fed. R. Civ. P. 12(b)(1).

**IT IS FURTHER ORDERED** that Plaintiff Duane E. Perry's state–law claim of assault and battery is **DISMISSED WITH PREJUDICE FOR WANT OF JURISDICTION** based on immunity. *See* TEX. CIV. PRAC. & REM. CODE. ANN. § 101.106(f).

**IT IS FINALLY ORDERED** that the above–entitled cause of action is hereby **CLOSED**.

It is so **ORDERED**.

**SIGNED** this 1st day of November, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE